IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**ELLIOTT L. DUGGER,**

    **Petitioner,**

   v.                               **CASE NO. 2:07-cv-996**
                                          **JUDGE FROST**
**MICHAEL SHEETS, Warden,**        **MAGISTRATE JUDGE KEMP**

    **Respondent.**

## OPINION AND ORDER

    On November 13, 2007, the Magistrate Judge issued a *Report and Recommendation* pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts recommending that the instant petition for a writ of habeas corpus be dismissed. Although the parties were explicitly advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

    The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action hereby is **DISMISSED.**

    **IT IS SO ORDERED**.

                                                /s/   Gregory L. Frost
                                                GREGORY L. FROST
                                                United States District Judge